AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PEDRO and CELIA BANUELOS and
MICHELLE AND TRAYVASS GALLANT

V.

AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY and AMERIQUEST MORTGAGE SECURITIES, INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R7

CASE NUMBER: 08CV2680   EDA

ASSIGNED JUDGE: JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

ACC CAPITAL HOLDINGS, INC.
1100 Town and Country Road, Suite 1200
Orange, CA 92868

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
------------------------------------
**(By) DEPUTY CLERK**

**May 9, 2008**
------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  5/15/08 |
| NAME OF SERVER (PRINT)  ANTHONY VALACH | TITLE  Associate, The Law Offices of Daniel Harris |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: __NATIONAL REGISTERED Agents, 200 West Adams, Chicago, IL 60606__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __5/15/08__   _____
              Date            *Signature of Server*

**The Law Offices of Daniel Harris**
**150 N. Wacker Drive, Suite 3000**
**Chicago, IL 60606**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.