# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
PEDRO AND CELIA BANUELOS and
MICHELLE and TRAYVASS GALLANT,
    Plaintiffs,
        v.
AMERIQUEST MORTGAGE COMPANY, Defendant
    Defendants.

Case Number: 08 C 2680

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AMERIQUEST MORTGAGE COMPANY, Defendant
AMERIQUEST CAPITAL CORPORATION, Defendant
ACC CAPITAL HOLDINGS, INC., Defendant
AMERIQUEST MORTGAGE SECURITIES, INC., Defendant
DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for
  AMERIQUEST MORTGAGE SECURITIES, INC., ASSET BACKED
  PASS-THROUGH CERTIFICATES, SERIES 2005-R7, Defendant

| NAME (Type or print) |
| --- |
| Scott J. Helfand |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Scott J. Helfand |

| FIRM |
| --- |
| Varga Berger Ledsky Hayes & Casey |

| STREET ADDRESS |
| --- |
| 224 South Michigan Avenue, Suite 350 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6283064 | 312-341-9400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |
| --- | --- | --- |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, Scott J. Helfand, an attorney, hereby certify that a true and correct copy of the foregoing **Appearance** was served electronically via CM/ECF e-Filing upon:

**Anthony P. Valach, Jr. (anthonyvalach@sbcglobal.net)**

**Daniel Mark Harris (lawofficedh@yahoo.com)**

this 1st day of July, 2008.

s/Scott J. Helfand