IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEDRO and CELIA BANUELOS and MICHELLE and TRAYVASS GALLANT,<br><br>      Plaintiffs,<br><br>      v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY and AMERIQUEST MORTGAGE SECURITIES, INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R7,<br><br>      Defendants. | No. 08 C 2680<br><br>Judge Virginia M. Kendall |

**NOTICE OF MOTION**

To:    Daniel Mark Harris
         The Law Offices of Daniel Harris
         150 North Wacker Drive
         Suite 3025
         Chicago, Illinois 60606

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Virginia M. Kendall, or any judge sitting in her stead in Room 2319 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Tuesday, July 8, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendants' (Agreed) Motion For Extension of Time to File Responsive Pleadings to Plaintiffs' Complaint,** a copy of which was previously served upon you.

| | |
|---|---|
| Dated: July 1, 2008 | AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for AMERIQUEST MORTGAGE SECURITIES, INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R7, Defendants |
| | By: s/ Jonathan N. Ledsky<br>One of their Attorneys |

Craig A. Varga
Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue - Suite 350
Chicago, Illinois  60604
(312) 341-9400

## CERTIFICATE OF SERVICE

I, Jonathan N. Ledsky, an attorney, hereby certify that a true and correct copy of the foregoing **Notice of Motion** was served electronically via CM/ECF e-Filing upon:

**Anthony P. Valach, Jr. (anthonyvalach@sbcglobal.net)**

**Daniel Mark Harris (lawofficedh@yahoo.com)**

this 1st day of July, 2008.

s/Jonathan N. Ledsky

2