UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEDRO and CELIA BANUELOS and MICHELLE and TRAYVASS GALLANT ) ) ) | |
| Plaintiffs, ) ) ) | No.   08-cv-2680 |
| vs. ) ) | Judge Kendall |
| AMERIQUEST MORTGAGE COMPANY, ) AMERIQUEST CAPITAL CORPORATION, ) ACC CAPITAL HOLDINGS, INC., ) AMERIQUEST MORTGAGE SECURITIES, INC.,) DEUTSCHE BANK NATIONAL TRUST ) COMPANY and AMERIQUEST MORTGAGE ) SECURITIES, INC., ASSET BACKED PASS- ) THROUGH CERTIFICATES, SERIES 2005-R7 ) ) | Magistrate Judge Valdez |
| Defendants. ) | |

## JOINT INITIAL STATUS REPORT

In accordance with the order of this Court, the parties submit this joint initial status report. As a preliminary matter, Defendants have filed a motion with Judge Aspen to have this case reassigned to him and included in the Ameriquest MDL proceedings. The parties anticipate that Judge Aspen will grant this motion.

1. **Attorneys of Record**:

| Representing Plaintiffs | Representing Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings, Inc., Ameriquest Mortgage Securities, Inc., and Decutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series 2005-R7 |
|---|---|
| | |

| | |
|---|---|
| Daniel M. Harris<br>Anthony P. Valach<br>THE LAW OFFICES OF DANIEL HARRIS<br>150 North Wacker Drive<br>Suite 3000<br>Chicago, IL 60606 | Craig A. Varga<br>Jonathan N. Ledsky<br>Scott J. Helfand<br>VARGA BERGER LEDSKY HAYES & CASEY<br>A Professional Corporation<br>224 South Michigan Ave – Suite 350<br>Chicago, IL 60604 |

2. **The basis of federal jurisdiction:**

   This court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337 and 1367, as well as 15 U.S.C. § 1601, *et seq.*

3. **Nature of the claims asserted in the complaint:**

   Plaintiffs has filed this action alleging violations of the Truth in Lending Act ("TILA") and state consumer protection laws.  Plaintiffs assert generally that Ameriquest provided them with incomplete disclosures and/or failed to provide the disclosures to plaintiffs prior to closing plaintiffs' loan.  Plaintiffs also assert that defendants engaged in deceptive and unfair business practices.

4. **Status of Service:**

   Five defendants have filed appearances.  Deutsche Bank National Trust Company filed an appearance  as Deutsche Bank National Trust Compnay, as Trustee for Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series 2005-R7

5. **Principal Legal Issues:**

   The major legal issue in this case is whether Ameriquest provided plaintiffs with the proper disclosures under TILA and Regulation Z and whether or not defendants violated state consumer protection laws.

6. **Principal Factual Issues:**

   The principal factual issue in this case is whether Ameriquest provided plaintiffs with the proper disclosures under TILA and Regulation Z and the events surrounding the closing of the loan.

7. **Plaintiffs have requested a jury trial.**

8. **Discovery:**

   Discovery has not been commenced by either party and the parties anticipate that the discovery schedule will be addressed when the case is transferred to the Ameriquest MDL proceedings before Judge Aspen.

9. **Trial Date & Length of Trial:**

   Parties anticipate that this case will be reassigned to Judge Aspen, who is currently presiding over the Ameriquest MDL and therefore will address the issue of trial with Judge Aspen.

10. **Consent to proceed before Magistrate Judge:**

    Parties anticipate that this case will be reassigned to Judge Aspen, who is currently presiding over the Ameriquest MDL and therefore will address the issue of proceeding before the Magistrate Judge with Judge Aspen.

   There have been no meaningful settlement discussions between parties at this time.

Dated: July 2, 2008                                          Respectfully submitted,

**PEDRO & CELIA BANUELOS**                  **AMERIQUEST MORTGAGE COMPANY,**
**TRAYVASS & MICHELLE GALLANT**      **AMERIQUEST CAPITAL CORPORATION,**
                                                                           **ACC CAPITAL HOLDINGS, INC.,**
                                                                           **AMERIQUEST MORTGAGE SECURITIES,**
                                                                           **INC., AND DECUTSCHE BANK NATIONAL**
                                                                           **TRUST COMPANY, AS TRUSTEE FOR**
                                                                           **AMERIQUEST MORTGAGE SECURITIES,**
                                                                           **INC. ASSET BACKED PASS-THROUGH**
                                                                           **CERTIFICATES, SERIES 2005-R7**

/s/ Anthony P. Valach, Jr.                                    /s/ Jonathan N. Ledsky
Daniel M. Harris                                                   Craig A. Varga
Anthony P. Valach                                              Jonathan N. Ledsky
THE LAW OFFICES OF DANIEL HARRIS      Scott J. Helfand
150 North Wacker Drive                                    VARGA BERGER LEDSKY HAYES & CASEY
Suite 3000                                                            A Professional Corporation
Chicago, IL 60606                                               224 South Michigan Ave – Suite 350
Phone: (312) 960-1803                                       Chicago, IL 60604
Fax: (312)960-1936                                             Phone: (312) 341-9400

**CERTIFICATE OF SERVICE**

     I, Anthony P. Valach, Jr., hereby certify that on this 2nd day of July 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


     By:    /s/ Anthony P. Valach, Jr.